429 A.2d 89

Willbet Enterprises Inc. v. Alten, Appellant.

Argued June 9, 1980.   Louis Podel, for appellants;  Paul N. Sandler, for appellee.

Before BROSKY, HOFFMAN, and CIRILLO, JJ.*

The order of the lower court is affirmed.